**CLEARPLAY, INC., a Utah corporation, Plaintiff–Counter Defendant–Appellant,**

v.

**NISSIM CORP., a Florida corporation, Defendant–Counter Claimant–Appellee,**

**Max Abecassis, Defendant–Appellee.**

No. 12–10361.

United States Court of Appeals, Eleventh Circuit.

Nov. 14, 2012.

G. Stephen Long, Page Galbraith Crowther, Reid Allen Page, William Aaron Vandiver, Long & Page, LLP, Denver, CO, Scott Dozier Sheftall, Brian M. Torres, Sheftall & Torres, Miami, FL, for Plaintiff–Counter Defendant–Appellant.

John C. Carey, Allison J. Cammack, Carey Rodriguez Greenberg O'Keefe, LLP, Miami, FL, for Defendant–Counter Claimant–Appellee and Defendant–Appellee.

Before HULL and FAY, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

After full review and oral argument, we conclude that Plaintiff–Appellant ClearPlay, Inc. has demonstrated no reversible error in the district court's orders, dated September 2, 2011 and December 21, 2011, granting summary judgment to Defen-

dants–Appellees Nissim Corp. and Max Abecassis.

**AFFIRMED.**